BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-152 LJO |
| Plaintiff, | JOINT REQUEST AND ORDER TO CONTINUE CHANGE OF PLEA FROM JUNE 3, 2013 TO JUNE 10, 2013 |
| v. | |
| DANIEL JUAREZ-VASQUEZ | |
|   aka Danilo Juarez-Vasquez, | |
| Defendant. | |

The parties, through their respective counsel, Assistant United States Attorney Mia. A. Giacomazzi, Counsel for Plaintiff United States of America, and Jim Irigoyen, Counsel for defendant Daniel Juarez-Vasquez, hereby STIPULATE and JOINTLY REQUEST the COURT TO ORDER that the change of plea set for June 3, 2013 be CONTINUED to June 10, 2013.

Good cause exists for this continuance because this change of plea was scheduled by the parties before Mr. Irigoyen entered as counsel and on a date that he a pre-paid conference outside of California. Because of this pre-existing conference outside of California, Mr. Irigoyen is unable to make the June 3, 2013 appearance.

///

///

///

1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 30, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

Dated: May 30, 2013

 /s/ Jim Irigoyen
JIM IRIGOYEN
Counsel for Defendant

### **ORDER**

On the basis of good cause, as set forth herein, this Court GRANTS the parties' joint request and CONTINES the June 3, 2013 change of plea to June 10, 2013.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 31, 2013**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2